JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ITALIAN CONNECTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> JAINSONS INTERNATIONAL, INC., *et al*. <br><br> Defendants. | Case No.: 2:21-cv-04401-SVW-AFM <br> *Hon. Stephen V Wilson Presiding* <br><br> **ORDER STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

1

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: August 26, 2021        By: _____
                                  HON. STEPHEN V WILSON
                                  UNITED STATES DISTRICT JUDGE